# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:17-po-00107 - JLT |
| Plaintiff, | ORDER RE: DISMISSAL |
| v. | |
| TANYA L. BARLING, | |
| Defendant. | |

At the request of the Government,

IT IS ORDERED that Violation FBBP003Q / CA40 as to defendant Tanya L. Barling is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __July 31, 2017__        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE